No. 376. HENRY F. MUELLER ET AL. *v.* SAMUEL W. ADLER ET AL. Appeal from the District Court of the United States for the Eastern District of Missouri. Motion to dismiss submitted October 3, 1922. Decided October 9, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Bogart* v. *Southern Pacific Co.,* 228 U. S. 137, 144; *Apapas* v. *United States,* 233 U. S. 587, 589; (2) *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 234 U. S. 369, 372; *Public Service Co.* v. *Corboy,* 250 U. S. 153,

162; *De Rees v. Costaguta,* 254 U. S. 166, 173. *Mr. William J. Hughes* and *Mr. Ephrim Caplan* for appellants. *Mr. Edward W. Foristel* for appellees.